UNITED STATES DISTRICT COURT

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 27, 2025

SEAN F. McAVOY, CLERK

for

Eastern District of Washington

| U.S.A. vs. | Johnson, Miranda Jo | Docket No. | 0980 2:24CR00050-MKD-2 |

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW Nicolas Olson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Miranda Jo Johnson, who was placed under pretrial release supervision by the Honorable U.S. District Court Judge Mary Dimke sitting in the Court at Spokane, Washington, on the 6th day of March 2025 under the following conditions:

#14) <u>Home Detention:</u> Defendant shall be restricted to Ms. Tonasket's residence at all times except for attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer, including but not limited to employment, religious services, medical necessities, substance abuse testing or treatment.

#17) Defendant shall avoid all contact, direct or indirect, with any codefendants or persons who Defendant would reasonably know are or may become a victim or potential witness in the subject investigation or prosecution.

      RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** It is alleged that the defendant, Ms. Johnson, violated condition #14 of release on or about May 21, 2025, by leaving the designated residence on two separate occasions, as evidenced by location monitoring logs.

According to the location monitoring service, BI Total Access, on the evening of May 21, 2025, Ms. Johnson left the approved residence at 1757 hours and returned at 1830 hours. Ms. Johnson again left the approved residence at 2047 hours and has not returned at the time of this report. Neither leave occurrence was approved by a pretrial services officer.

On May 22, 2025, Ms. Johnson's third-party custodian contacted Location Monitoring Specialist (LMS) E. Carlson and reported Ms. Johnson's unapproved leave. She explained that Ms. Johnson had been struggling with her mental health over the last several days and this may have attributed to this behavior. She further reported that Ms. Johnson remains at another residence at this time.

**Violation#2:** It is alleged that the defendant, Ms. Johnson, violated condition #17 of release on or about May 21, 2025, by entering and remaining at a residence believed to be that of a known potential witness, as evidenced by location monitoring logs and third party report.

According to the location monitoring service, BI Total Access, on the evening of May 21, 2025, Ms. Johnson left the approved residence on two separate occasions. During the second instance, Ms. Johnson went to another residence in the Keller, Washington, area. This residence is believed to be that of Ms. Johnson's parents, who are known potential witnesses in this case. According to a verbal report by Ms. Johnson's third-party custodian, Ms. Johnson is reported to be at her parents' house at the time of this report.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: May 22, 2025

by   s/Nicolas Olson

Nicolas Olson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

5/27/2025

Date