1

2

3

4

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 04, 2025

SEAN F. McAVOY, CLERK

5      UNITED STATES DISTRICT COURT

6      EASTERN DISTRICT OF WASHINGTON

|   |   |
|---|---|
| 7   UNITED STATES OF AMERICA, | No. 2:24-CR-00050-MKD-2 |
| 8                Plaintiff, | ORDER GRANTING MOTIONS TO DISMISS INDICTMENT AND EXPEDITE AND QUASHING WARRANT |
| 9        v. | |
| 10  MIRANDA JO JOHNSON (2), | **ECF Nos. 162, 164, 221, 222, 223** |
| 11               Defendant. | |

12      Before the Court are the United States' Motion to Dismiss Indictment, ECF

13  No. 222, and related Motion to Expedite, ECF No. 223.  The United States moves

14  pursuant to Fed. R. Crim. P. 48(a) to dismiss without prejudice the Indictment

15  dated April 5, 2024, ECF No. 1, as to Defendant Miranda Jo Johnson (2).  Fed. R.

16  Crim. P. 48(a) allows the United States to dismiss an indictment with leave of

17  court.  The Court has reviewed the record and the motion and finds good cause to

18  grant the motion.

19

20

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED:**

1.     The United States' Motion to Dismiss Indictment, **ECF No. 222**, is **GRANTED**.

2.     The United States' Motion to Expedite, **ECF No. 223**, is **GRANTED**.

3.     The Indictment, **ECF No. 1**, is **DISMISSED without prejudice** as to Defendant Miranda Jo Johnson (2).

4.     All pending motions are **DENIED as moot** as to Defendant Miranda Jo Johnson (2).

5.     All pending hearing dates, including the pretrial conference set for January 14, 2026, and the jury trial set for February 2, 2026, are **STRICKEN** as to Defendant Miranda Jo Johnson (2).

6.     The pending arrest warrant, **ECF No. 221**, is **QUASHED**.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, provide copies to counsel, the U.S. Probation Office, the United States Marshals Service, and **CLOSE** the file as to Defendant Miranda Jo Johnson (2).

DATED December 4, 2025.

_s/Mary K. Dimke_
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2